**Laconia Z. CURTIS,
Plaintiff/Respondent,**

v.

**STATE of Missouri,
Defendant/Appellant.**

**No. ED 94589.**

Missouri Court of Appeals,
Eastern District,
Division Five.

June 7, 2011.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 12, 2011.

Case Transferred to Supreme Court
Oct. 4, 2011.

Case Retransferred to Court of
Appeals Feb. 3, 2012.

Original Opinion Reinstated
Feb. 2, 2012.

Chris Koster, Atty. Gen., Denise L.
Thomas, St. Louis, MO, for appellant.

David C. Knieriem, Clayton, MO, for
respondent.

Before: GARY M. GAERTNER, JR.,
P.J., MARY K. HOFF, J., and PATRICIA
L. COHEN, J.

### *ORDER*

PER CURIAM.

The State of Missouri appeals from the
judgment entered after a jury verdict for
plaintiff for an action alleging a dangerous
condition at a psychiatric center. The
State of Missouri argues that the trial
court erred in denying its motion for di-
rected verdict and motion for judgment
notwithstanding the verdict and new trial
based on sovereign immunity. An extend-
ed opinion would have no precedential val-
ue. The parties have been provided with a
memorandum for their information only,
setting forth the reasons for this decision.
The judgment is affirmed in accordance
with Rule 84.16(b).